granted. Certiorari denied.

No. 87–5628. WILLOUGHBY *v.* KENTUCKY. Sup. Ct. Ky.; and
No. 87–5692. OWENS *v.* SOUTH CAROLINA. Sup. Ct. S. C.
Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6923. BROWN *v.* DODD, SHERIFF, *ante*, p. 874;
No. 87–75. COMMISSIONER OF INTERNAL REVENUE *v.* McCOY, EXECUTOR OF THE ESTATE OF McCOY, *ante*, p. 3;
No. 87–406. GRACEY *v.* UNITED STATES, *ante*, p. 914;
No. 87–5141. ESPENSHADE *v.* PENNSYLVANIA STATE UNIVERSITY ET AL., *ante*, p. 862; and
No. 87–5387. WALL *v.* PENNSYLVANIA, *ante*, p. 916. Petitions for rehearing denied.

No. 87–5426. SCHASTOK *v.* TIME INC., *ante*, p. 902. Motion for leave to file petition for rehearing denied.

DECEMBER 14, 1987

No. 87–639. PERATI *v.* BUELL ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5698. ECKERT *v.* UNITED STATES. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.